# Earnings Statement

**ADP**

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Period Beginning: | 06/25/2017 |
| Period Ending: | 07/08/2017 |
| Pay Date: | 07/14/2017 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  PA: N/A

**CINNAMON R HANKO**
**2060 THOMAS DRIVE**
**WHITE OAK PA 15131**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 23.2500 | .03 | 0.70 | 0.70 |
| Holiday | 15.5000 | 16.00 | 248.00 | 372.00 |
| Regular Ne | 15.5000 | 63.98 | 991.69 | 3,936.69 |
| Vacation | | | | 31.00 |
| **Gross Pay** | | | **$1,240.39** | 4,340.39 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -40.32 | 181.20 |
| Social Security Tax | -76.90 | 269.10 |
| Medicare Tax | -17.99 | 62.94 |
| PA State Income Tax | -38.08 | 133.25 |
| Robinson Twp Income Tax | -12.40 | 43.40 |
| Robinson Twp Local Svc Tax | -2.00 | 8.00 |
| PA SUI/SDI Tax | -0.87 | 3.04 |

| Other | this period | year to date |
|---|---|---|
| Additional Life | -3.87 | 15.48 |
| Supple Child | -0.23 | 0.92 |
| Supple Spouse | -9.00 | 36.00 |
| 401(K) | -37.21* | 37.21 |
| **Net Pay** | **$1,001.52** | |
| Checking 1 | -1,001.52 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,203.18

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | | 14.60 |
| Ytd 401K Match | | 18.61 |
| 401K Match | | 18.61 |

### Important Notes

YOUR COMPANY PHONE NUMBER IS :- 314-320-2302

\* Excluded from federal taxable wages

© 2000 ADP LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000284782 |
| Pay date: | 07/14/2017 |

Deposited to the account of
CINNAMON R HANKO

| account number | transit ABA | amount |
|---|---|---|
| | | $1,001.52 |



**NON-NEGOTIABLE**

## Earnings Statement



CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Period Beginning: | 06/11/2017 |
| Period Ending: | 06/24/2017 |
| Pay Date: | 06/30/2017 |

Taxable Marital Status:    Married
Exemptions/Allowances:
　Federal:         3
　PA:              N/A

**CINNAMON R HANKO**
**2060 THOMAS DRIVE**
**WHITE OAK PA 15131**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Ne | 15.5000 | 78.00 | 1,209.00 | 2,945.00 |
| Vacation | 15.5000 | 2.00 | 31.00 | 31.00 |
| Holiday | | | | 124.00 |
| **Gross Pay** | | | **$1,240.00** | 3,100.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | | 9.07 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS :- 314-320-2302

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.00 | 140.88 |
| | Social Security Tax | -76.88 | 192.20 |
| | Medicare Tax | -17.98 | 44.95 |
| | PA State Income Tax | -38.07 | 95.17 |
| | Robinson Twp Income Tax | -12.40 | 31.00 |
| | Robinson Twp Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -0.87 | 2.17 |
| | **Other** | | |
| | Additional Life | -3.87 | 11.61 |
| | Supple Child | -0.23 | 0.69 |
| | Supple Spouse | -9.00 | 27.00 |
| | **Net Pay** | **$1,034.70** | |
| | Checking 1 | -1,034.70 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,240.00

© 2000 ADP LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | | |
|---|---|---|
| Advice number: | | 00000264691 |
| Pay date: | | 06/30/2017 |

Deposited to the account of
**CINNAMON R HANKO**

| account number | transit ABA | amount |
|---|---|---|
| | | $1,034.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO    FILE    DEPT    CLOCK    VCHR. NO.
WXH    034204                        0000244669    1
                    PITTPA215
                    10197-0002

**Earnings Statement**    ADP

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Period Beginning: | 05/28/2017 |
| Period Ending: | 06/10/2017 |
| Pay Date: | 06/16/2017 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    1,$20 Additional Tax
    PA:    N/A

**CINNAMON R HANKO**
**2060 THOMAS DRIVE**
**WHITE OAK PA 15131**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 15.5000 | 8.00 | 124.00 | 124.00 |
| Regular Ne | 15.5000 | 72.00 | 1,116.00 | 1,736.00 |
| Gross Pay | | | $1,240.00 | 1,860.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Balance | | 5.53 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 314-320-2302

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.88 | 96.88 |
| | Social Security Tax | -76.88 | 115.32 |
| | Medicare Tax | -17.98 | 26.97 |
| | PA State Income Tax | -38.07 | 57.10 |
| | Robinson Twp Income Tax | -12.40 | 18.60 |
| | Robinson Twp Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.87 | 1.30 |
| | **Other** | | |
| | Additional Life | -7.74 | 7.74 |
| | Supple Child | -0.46 | 0.46 |
| | Supple Spouse | -18.00 | 18.00 |
| | **Net Pay** | **$968.72** | |
| | Checking 1 | -968.72 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,240.00

© 2000 ADP LLC

CENTENE MANAGEMENT COMPANY LLC
7700 FORSYTH BLVD.
ST. LOUIS, MO 63105

| | |
|---|---|
| Advice number: | 00000244669 |
| Pay date: | 06/16/2017 |

Deposited to the account of
CINNAMON R HANKO

| account number | transit ABA | amount |
|---|---|---|
| | | $968.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**FAIRMONT-HAHNTOWN VOL. F.D.** 4588

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| Hanko | Stanley Hanko | | | 6/11/17 | 6/16/17 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 51.04 | 510.40 | Gross | 609.80 | 4,487.70 |
| Special | 20.00 | 4.97 | 99.40 | Fed_Income | -75.87 | -485.93 |
| | | | | Soc_Sec | -37.81 | -278.23 |
| | | | | Medicare | -8.84 | -65.07 |
| | | | | State | -18.72 | -137.78 |
| | | | | Local | -6.10 | -44.89 |
| | | | | SUI | -0.43 | -3.13 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 56.01 | 609.80 | 4487.70 | $462.03 | 4588 |

**FAIRMONT-HAHNTOWN VOL. F.D.** 4606

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| Hanko | Stanley Hanko | | | 7/9/17 | 7/14/17 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 10.50 | 51.30 | 538.65 | Gross | 629.58 | 5,749.91 |
| Special | 21.00 | 4.33 | 90.93 | Fed_Income | -63.24 | -612.86 |
| Rate | 25.52 | | | Soc_Sec | -39.03 | -356.48 |
| | | | | Medicare | -9.13 | -83.37 |
| | | | | State | -19.33 | -176.53 |
| | | | | Local | -6.30 | -57.52 |
| | | | | SUI | -0.44 | -4.01 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 55.63 | 629.58 | 5749.91 | $492.11 | 4606 |

**FAIRMONT-HAHNTOWN VOL. F.D.**                                    4570

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| Hanko | Stanley Hanko | | ~~~~~~~~ | 5/14/17 | 5/19/17 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 51.82 | 518.20 | Gross | 518.20 | 3,409.00 |
| Special | 20.00 | | | Fed_Income | -62.13 | -355.33 |
| | | | | Soc_Sec | -32.13 | -211.35 |
| | | | | Medicare | -7.51 | -49.43 |
| | | | | State | -15.91 | -104.66 |
| | | | | Local | -5.18 | -34.10 |
| | | | | SUI | -0.36 | -2.37 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 51.82 | 518.20 | 3409.00 | $394.98 | 4570 |

**FAIRMONT-HAHNTOWN VOL. F.D.**                                    4579

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| Hanko | Stanley Hanko | | ~~~~~~~~ | 5/28/17 | 6/2/17 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 46.89 | 468.90 | Gross | 468.90 | 3,877.90 |
| Special | 20.00 | | | Fed_Income | -54.73 | -410.06 |
| | | | | Soc_Sec | -29.07 | -240.42 |
| | | | | Medicare | -6.80 | -56.23 |
| | | | | State | -14.40 | -119.06 |
| | | | | Local | -4.69 | -38.79 |
| | | | | SUI | -0.33 | -2.70 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 46.89 | 468.90 | 3877.90 | $358.88 | 4579 |