**Form 132**

**UNITED STATES BANKRUPTCY COURT**  37
**WESTERN DISTRICT OF PENNSYLVANIA**  culy

In re:                                                                                  Bankruptcy Case No.: 17−23199−GLT

                                                                                     Chapter: 7

**Cinnamon R. Hanko**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Charles O. Zebley Jr. is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 6/26/18                                                                           **Andrew R. Vara**
                                                                                        Acting United States Trustee

                                                                                         **Joseph S. Sisca**
                                                                                         Assistant United States Trustee
                                                                                         Western District of Pennsylvania

---

I Charles O. Zebley Jr., hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                            Charles O. Zebley Jr.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cinnamon R. Hanko  
    Debtor

Case No. 17-23199-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jun 26, 2018  
                      Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
tr        +Charles O. Zebley, Jr.,   P.O. Box 2124,   Uniontown, PA 15401-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:  
        Charles O. Zebley, Jr.   COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com  
        James Warmbrodt   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Shawn N. Wright   on behalf of Debtor Cinnamon R. Hanko shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
        TOTAL: 7