# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 17-23199-GLT |
| ) | |
| Cinnamon R. Hanko, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | MOTION NO.: |
| ) | |
| First National Bank of Pennsylvania, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Cinnamon R. Hanko, Debtor; and Charles O. ) | |
| Zebley, Jr., Trustee; ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than August 3, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on August 17, 2018, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.

If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court. An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

                                                                          Respectfully submitted,

                                                                          GRENEN & BIRSIC, P.C.

Dated:   7/17/18                            By:     /s/ David W. Raphael
                                                                   David W. Raphael, Esquire
                                                                   PA ID No. 200598
                                                                   Attorney for First National Bank of
                                                                       Pennsylvania
                                                                   One Gateway Center, 9th Floor
                                                                   Pittsburgh, PA  15222
                                                                   412-281-7650
                                                                   Fax:  412-281-7657
                                                                   E-mail:  draphael@grenenbirsic.com