**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 17-23199-GLT |
| | ) | |
| Cinnamon R. Hanko, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | HEARING DATE & TIME:  August 17, |
| | ) | 2018 @ 10:00 a.m. |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cinnamon R. Hanko, Debtor; and Charles O. | ) | |
| Zebley, Jr., Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. §
362(e) PENDING FINAL HEARING**

First National Bank of Pennsylvania, by its undersigned counsel, consents to the extension
of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for
relief, and waives any right to declare a grant of relief in the event that the hearing is not held
within thirty (30) days of the request for relief.

GRENEN & BIRSIC, P.C.

Date:    7/17/18              By:    /s/ David W. Raphael
                              David W. Raphael, Esquire
                              PA ID No. 200598
                              Attorney for First National Bank of
                                 Pennsylvania
                              One Gateway Center, 9th Floor
                              Pittsburgh, PA  15222
                              412-281-7650
                              Fax:  412-281-7657
                              E-mail:  draphael@grenenbirsic.com