UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :    Bankruptcy No.: 17-23199
Cinnamon Hanko,                         :
                  Debtor   :    Chapter 7

**STATEMENT PURSUANT TO BANKRUPTCY RULE 1019**

    I, Shawn N. Wright, Esquire, Counsel for Debtor, file the herein Statement that the Debtor in this matter has:

    (a) not entered into any new executory contracts since the commencement of her Chapter 13 case;
    (b) not obtained or acquired property not listed in her original schedules, and
    (c) has incurred the following new debts since the commencement of her Chapter 13 case:


Date: July 26, 2018                          By:/s/Shawn N. Wright
                                                       Shawn N. Wright, Esquire
                                                       #64103

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the above along with a this Rule 1019 Statement has been served, on the 26th day of July 2018 upon:

**SENT VIA ELECTRONIC TRANSMISSION:**
Office of United States Trustee
Charles Zebley, Jr., Esquire, Chapter 7 Trustee


                                              Attorney for Debtor


                                              /s/Shawn N. Wright
                                              Shawn N. Wright, Esquire
                                              7240 McKnight Road
                                              Pittsburgh, PA 15237
                                              (412) 920-6565
                                              Pa. I.D. No. 64103
                                              shawn@shawnwrightlaw.com