**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CINNAMON R. HANKO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-23199 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/08/2017 and confirmed on 09/14/2017. The case was subsequently      (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,800.00 |
| Less Refunds to Debtor | 579.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,220.79 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,050.44 | |
| Trustee Fee | 461.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,511.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 7077 | 0.00 | 6,233.65 | 0.00 | 6,233.65 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 7077 | 3,533.18 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 1065 | 10,383.67 | 2,108.77 | 366.53 | 2,475.30 |
| | | | | 8,708.95 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CINNAMON R. HANKO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CINNAMON R. HANKO<br>Acct: | 579.21 | 579.21 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAWN N WRIGHT ESQ<br>Acct: | 4,000.00 | 1,050.44 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 3,192.33 | 0.00 | 0.00 | 0.00 |
|    Acct: 2138 | | | | |
| NORWIN SD (N HUNTINGDON) (EIT)** | 244.88 | 0.00 | 0.00 | 0.00 |
|    Acct: 2138 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AT AND T FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| AT AND T FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CFC DEFICIENCY RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MIDLAND FUNDING LLC | 735.68 | 0.00 | 0.00 | 0.00 |
|    Acct: 6984 | | | | |
| PREMIER BANKCARD LLC | 1,083.07 | 0.00 | 0.00 | 0.00 |
|    Acct: 9123 | | | | |
| CAPITAL ONE NA** | 589.03 | 0.00 | 0.00 | 0.00 |
|    Acct: 0475 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 951.91 | 0.00 | 0.00 | 0.00 |
|    Acct: 8910 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MIDLAND FUNDING LLC | 836.61 | 0.00 | 0.00 | 0.00 |
|    Acct: 2707 | | | | |
| TD BANK USA NA** | 346.54 | 0.00 | 0.00 | 0.00 |
|    Acct: 2490 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2138 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 450.92 | 0.00 | 0.00 | 0.00 |
|    Acct: 8648 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 504.76 | 0.00 | 0.00 | 0.00 |
|    Acct: 0193 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2707 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| DAVID W RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                  8,708.95

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,437.21 |
| SECURED | 13,916.85 |
| UNSECURED | 5.498.52 |

Date: 08/01/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com