**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 17-23199-GLT |
| | ) |
| Cinnamon R. Hanko, | ) CHAPTER 7 |
| | ) |
|     Debtor. | ) RELATED TO DOCKET NO. 60 |
| | ) |
| First National Bank of Pennsylvania, | ) |
| | ) |
|     Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Cinnamon R. Hanko, Debtor; and Shawn N. Wright, Trustee; | ) |
| | ) |
|     Respondents. | ) |

**CERTIFICATE OF SERVICE OF ORDER OF COURT CONTINUING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on <u>   August 8   </u>, 20<u> 18 </u>.

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was <u>Either First Class Mail and/or Electronic Notification</u>.

**SERVICE BY FIRST CLASS MAIL**
Cinnamon R. Hanko, Debtor
2060 Thomas Drive
McKeesport, PA 15131

**SERVICE BY ELECTRONIC NOTIFICATION**
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
E-mail: shawn@shawnwrightlaw.com

Charles O. Zebley, Jr., Trustee
P O Box 2124
Uniontown, PA 15401
E-mail: COZ@Zeblaw.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   8/8/18            By:       /s/ David W. Raphael
                                                         David W. Raphael, Esquire
                                                         PA ID No. 200598
                                                         Attorney for First National Bank of
                                                            Pennsylvania
                                                         One Gateway Center, 9th Floor
                                                         Pittsburgh, PA  15222
                                                         412-281-7650
                                                         Fax:  412-281-7657
                                                         E-mail:  draphael@grenenbirsic.com