FILED
8/7/18 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 17-23199-GLT |
| | ) |
| Cinnamon R. Hanko, | ) CHAPTER 7 |
| | ) |
| Debtor. | ) Related to Docket Nos. 45 & 53 |
| | ) |
| First National Bank of Pennsylvania, | ) CURRENT HEARING DATE & TIME: |
| | ) August 17, 2018 @ 10:00 a.m. |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Cinnamon R. Hanko, Debtor; and Charles O. Zebley, Trustee; | ) |
| | ) |
| Respondents. | ) |

### ORDER OF COURT

AND NOW, this __7th Day of August, 2018__, upon consideration of the Motion to Request Continuance of Motion for Relief from the Automatic Stay filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the Motion for Relief hearing currently scheduled for August 17, 2018, at 10:00 a.m. is hereby continued to September 20, 2018 at 1:30 PM Courtoom A, 54th Floor, U.S. Steel Tower, Pittsburgh, and the new Response Deadline is continued to September 4, 2018 to allow a repayment schedule to be established.

BY THE COURT:

_____
Gregory L. Taddonio        drb
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23199-GLT
Cinnamon R. Hanko                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil            Page 1 of 1         Date Rcvd: Aug 07, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.
db             +Cinnamon R. Hanko,    2060 Thomas Drive,    McKeesport, PA 15131-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Debtor Cinnamon R. Hanko shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                              TOTAL: 7