FILED
8/29/18 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cinnamon R. Hanko<br>　　　　　　　　　　Debtor(s) | BK. NO. 17-23199 GLT |
| Lakeview Loan Servicing, LLC,<br>　　　　　　　　　　Movant<br>　　　　v.<br>Cinnamon R. Hanko<br>　　　　　　　　　　Respondent(s)<br>　　　　　and<br>Charles O. Zebley, Jr. Esq., Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br><br>Related to Docket No. 58 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　　This **29th Day of August, 2018**, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 2060 Thomas Drive, White Oak, PA 15131.

　　　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cinnamon R. Hanko  
    Debtor

Case No. 17-23199-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 29, 2018  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db          +Cinnamon R. Hanko,    2060 Thomas Drive,    McKeesport, PA 15131-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:  
         Brian M. Kile    on behalf of Creditor    First National Bank of Pennsylvania  
          bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com  
         Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com  
         David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania  
          draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
         James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         Shawn N. Wright     on behalf of Debtor Cinnamon R. Hanko shawn@shawnwrightlaw.com,  
          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
                                                                                                        TOTAL: 8