Case 17-23199-GLT    Doc 68    Filed 09/08/18    Entered 09/09/18 00:49:20    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
9/6/18 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 17-23199-GLT |
| ) | |
| Cinnamon R. Hanko, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | HEARING DATE & TIME: August 17, |
| ) | 2018 @ 10:00 a.m. |
| First National Bank of Pennsylvania, ) | |
| ) | |
| Movant, ) | Related to Docket No. 45 |
| ) | |
| vs. ) | |
| ) | |
| Cinnamon R. Hanko, Debtor; and Charles O. ) | |
| Zebley, Jr., Trustee; ) | |
| ) | |
| Respondents. ) | |

## DEFAULT ORDER OF COURT

AND NOW, this __6th Day of September, 2018_____, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the motor vehicle known as a Year 2010 Volkswagen Routan, VIN No. 2V4RW3D17AR424511.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

BY THE COURT:

_____
Gregory␣L.␣Taddonio      drb
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cinnamon R. Hanko  
     Debtor

Case No. 17-23199-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: lkat   Page 1 of 1   Date Rcvd: Sep 06, 2018  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.  
db        +Cinnamon R. Hanko,   2060 Thomas Drive,   McKeesport, PA 15131-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
        Brian M. Kile    on behalf of Creditor    First National Bank of Pennsylvania
         bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
        David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
         draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Shawn N. Wright    on behalf of Debtor Cinnamon R. Hanko shawn@shawnwrightlaw.com,
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                                          TOTAL: 8