**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 17-23199-GLT |
| | ) |
| Cinnamon R. Hanko, | ) CHAPTER 7 |
| | ) |
|     Debtor. | ) RELATED TO DOCKET NO. 67 |
| | ) |
| First National Bank of Pennsylvania, | ) |
| | ) |
|     Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Cinnamon R. Hanko, Debtor; and Charles O. Zebley, Jr., Trustee; | ) |
| | ) |
|     Respondents. | ) |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

    I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   September 11  , 20 18  .

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Cinnamon R. Hanko, Debtor
2060 Thomas Drive
McKeesport, PA  15131

**SERVICE BY ELECTRONIC NOTIFICATION**
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA  15237

Charles O. Zebley, Jr., Trustee
P O Box 2124
Uniontown, PA  15401
E-mail:  COZ@Zeblaw.com

U.S. Trustee  
Office of the U.S. Trustee  
Liberty Center  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA  15222  
E-mail:  ustpregion03.pi.ecf@usdoj.gov

|  |  |
|---|---|
| Dated:  9/11/18 | By: /s/ David W. Raphael |

David W. Raphael, Esquire  
PA ID No. 200598  
Attorney for First National Bank of  
 Pennsylvania  
One Gateway Center, 9th Floor  
Pittsburgh, PA  15222  
412-281-7650  
Fax:  412-281-7657  
E-mail:  draphael@grenenbirsic.com