**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cinnamon R. Hanko** | Social Security number or ITIN **xxx–xx–2138** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–23199–GLT** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cinnamon R. Hanko

10/10/18                              **By the court:**   Gregory L. Taddonio
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23199-GLT
Cinnamon R. Hanko                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                Page 1 of 2              Date Rcvd: Oct 10, 2018
                              Form ID: 318               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db           #+Cinnamon R. Hanko,    2060 Thomas Drive,    McKeesport, PA 15131-4224
14672624      +AT & T Employees Federal Credit Union,    635 Grant Street,    Pittsburgh, PA 15219-4404
14672625       CFC Deficiency Recovery,    1807 West Diehl Road,    Naperville, IL 60563-1890
14728139       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
14672628      +First National Bank,   4140 East State Street,    Hermitage, PA 16148-3401
14881970       First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
               One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14881969      +First National Bank of Pennsylvania,    4140 East State Street,   Hermitage, PA 16148-3401
14672635       Midland Funding,   2365 Northside Drive, Suite 30,    Carlsbad, CA 92018
14686373      +Norwin School District,   c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14676903      +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
14690536      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2018 03:20:17      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14711343       EDI: BL-BECKET.COM Oct 11 2018 07:04:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
14672626       EDI: WFNNB.COM Oct 11 2018 07:03:00      Comenity Bank,   P.O. Box 182125,
               Columbus, OH 43218-2125
14672627      +EDI: RCSFNBMARIN.COM Oct 11 2018 07:03:00      Credit One,   P.O. Box 98872,
               Las Vegas, NV 89193-8872
14739822       EDI: DIRECTV.COM Oct 11 2018 07:03:00      Directv, LLC,   by American InfoSource LP as agent,
               PO Box 5008,   Carol Stream, IL 60197-5008
14672629       EDI: AMINFOFP.COM Oct 11 2018 07:03:00      First Premier Bank,   P.O. Box 5524,
               Sioux Falls, SD 57117-5524
14672630       EDI: IRS.COM Oct 11 2018 07:04:00      Internal Revenue Service,
               1000 Liberty Avenue--Room 711-B,   Pittsburgh, PA 15222-3714
14672631       EDI: CBSKOHLS.COM Oct 11 2018 07:03:00      Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
14677928       E-mail/Text: camanagement@mtb.com Oct 11 2018 03:19:44      Lakeview Loan Servicing, LLC,
               c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
14672632      +E-mail/Text: camanagement@mtb.com Oct 11 2018 03:19:44      M & T Credit Corporation,
               P.O. Box 4649,   Buffalo, NY 14240-4649
14723388      +EDI: MID8.COM Oct 11 2018 07:03:00      MIDLAND FUNDING LLC,   PO BOX 2011,
               WARREN, MI 48090-2011
14672633      +EDI: TSYS2.COM Oct 11 2018 07:03:00      Macy's,   9111 Duke Boulevard,   Mason, OH 45040-8999
14673099      +EDI: PRA.COM Oct 11 2018 07:03:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14712028      +EDI: JEFFERSONCAP.COM Oct 11 2018 07:03:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14672636      +EDI: RMSC.COM Oct 11 2018 07:04:00      Syncb/Walmart,   PO Box 965005,   Orlando, FL 32896-5005
14672637      +EDI: WTRRNBANK.COM Oct 11 2018 07:03:00      TD Bank USA,   PO Box 673,
               Minneapolis, MN 55440-0673
14743546      +E-mail/Text: bncmail@w-legal.com Oct 11 2018 03:20:50      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             LakeView Loan Servicing, LLC
14672634       Mid American Trust
cr*           +First National Bank of Pennsylvania,   4140 East State Street,   Hermitage, PA 16148-3401
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
               Pittsburgh, PA 15235-4441
cr*           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                    TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Oct 10, 2018
                              Form ID: 318             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor    First National Bank of Pennsylvania
               bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Debtor Cinnamon R. Hanko shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 8
```